UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>GRACE PAINT AND TILE, INC.<br>Defendant. | )<br>)<br>)<br>) Civil Action No:   3:25-CV-30058<br>)<br>)<br>)<br>)<br>) |

# COMPLAINT

## JURISDICTION

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. §1345.

## PARTIES

2. Plaintiff is the United States of America, acting through the U.S. Department of the Treasury's Bureau of the Fiscal Service (hereinafter "Treasury"). The debt was referred to Treasury in accordance with the Debt Collection Improvement Act of 1996 ("DCIA")(31 U.S.C. §3701 *et seq.*).

3. Defendant, GRACE PAINT AND TILE, INC., is a Massachusetts corporation having a principal place of business at 46 Gilrain Terrace, Florence, MA 01062.

## COUNT I

4. On or about September 30, 2019, the U.S. Department of Labor- Occupational Safety and Health Administration's (hereinafter "OSHA") Springfield, MA office conducted an inspection of the Defendant's job site located at 139 Cold Hill, Granby, MA 01033

5. On or about December 13, 2019, OSHA issued a four-item serious citation, and a notification of penalty (citation) is attached as **Exhibit A.** The total proposed penalty was $15,912.00.

6. The Defendant received the citation on December 13, 2019, but did not file a timely notice of contest nor did the Defendant make a timely penalty payment.

7. On or about June 25, 2020, the Defendant entered into a Settlement Agreement which reduced the total amount owed to $5,160.00, agreement is attached as **Exhibit B.**

8. On or about October 4, 2020, the Defendant became delinquent, and on September 4, 2021, OSHA referred the debt to Treasury for collections. After the debt was referred (1) one payment was received, which reduced the principal amount owed to $3,934.64

9. As of February 19, 2025, the Defendant is indebted to the United States in the amount of $6,479.79 calculated as follows:

| | |
|---|---|
| Principal: | $3,934.64 |
| Interest (at 2.00%) | $206.76 |
| Penalty (at 6.00%) | $620.27 |
| Admin fees: | $1,718.12 |
| Total: | $6,479.79 |

As set forth in the Certificate of Indebtedness attached hereto as **Exhibit C** and incorporated herein by this reference.

The Defendant has failed to pay the aforesaid sums although demand has been duly made.

## COUNT II

10. The Plaintiff repeats, realleges and incorporates Paragraphs 1-9 of this complaint as if the same were set forth fully herein.

11. On or about August 27, 2021, OSHA issued a two-item serious citation, and a notification of penalty (citation) is attached as **Exhibit D.** The total proposed penalty was $658.00.

12. The Defendant received the citation on August 27, 2021, but did not file a timely notice of contest nor did the Defendant make a timely penalty payment.

13. On or about October 28, 2021, the Defendant became delinquent, and on January 11, 2022, OSHA referred the debt to Treasury for collections.

14. As of February 19, 2025, the Defendant is indebted to the United States in the amount of $1,128.75 calculated as follows:

| | |
|---|---|
| Principal: | $658.00 |
| Interest (at 1.00%) | $ 22.11 |
| Penalty (at 6.00%) | $129.35 |
| Admin fees: | $319.29 |
| Total: | $1,128.75 |

As set forth in the Certificate of Indebtedness attached hereto as **Exhibit C** and incorporated herein by this reference.

15.     The Defendant has failed to pay the aforesaid sums although demand has been duly made.

WHEREFORE the United States demands the following relief:

1. Judgment against the Defendant on Count I for $6,479.79, plus interest from February 19, 2025;

2. Judgment against the Defendant on Count II for $1,128.75, plus interest from February 19, 2025; and

3. for such other and further relief as this Court deems fair and reasonable.

Dated: April 9, 2025

                The United States of America
                By its attorneys[1]:

                  /s/ *John O. Postl*
                John O. Postl, BBO# 567729
                Schuerger Law Group
                Private Counsel, United States Department of Justice
                1001 Kingsmill Parkway
                Columbus, Ohio 43229
                jpostl@schuergerlaw.com
                Phone No. 614-824-5731
                Direct Dial 617-315-4921

---

[1] Schuerger Law Group is under contract to the United States Department of Justice under the Department's private counsel program for collection of certain accounts.